**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6906**

───────────

ISAAC GRAY,

Petitioner - Appellant,

versus

MARYLAND PAROLE COMMISSION; COMMISSIONER OF
CORRECTIONS,

Respondents - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
02-837-CCB)

───────────

Submitted: July 25, 2002          Decided: August 2, 2002

───────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Isaac Gray, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Isaac Gray appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. Gray v. Maryland Parole Comm'n, No. CA-02-837-CCB (D. Md. filed May 24, 2002 & entered May 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED